MARQUIOS KEON POOLE
115 COUNTY ROAD 5046
NEWTON, MS 39345

TOWER LOAN
P.O. BOX 320001
FLOWOOD, MS 39232

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

VERIZON WIRELESS
P.O.BOX 408
NEWARK, NJ 07101

CHIMEFINAL
ATTN: BANKRUPTCY
PO BOX 417
SAN FRANCISCO, CA 94104

GREAT SOUTHERN BANK
218 22ND AVE SOUTH
MERIDIAN, MS 39301

I C SYSTEM
ATTN: BANKRUPTCY
P.O. BOX 64378
ST. PAUL, MN 55164

MIDLAND CREDIT MGMT
ATTN: BANKRUPTCY
PO BOX 939069
SAN DIEGO, CA 92193

MONEY MATTERS
200 SCANLAN ST
NEWTON, MS 39345

MS DEPT OF REVENUE
BANKRUPTCY SECTION
PO BOX 22808
JACKSON, MS 39225-2808

REPUBLIC FINANCE
907 W BEACON ST
PHILADELPHIA, MS 39350