**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**
**MARQUIOS KEON POOLE** **CASE NO. 26-02217-JAW**

**Debtor** **Chapter 13 Proceeding**

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICE**

COMES NOW, Joe D. Stevens, of the law firm Wise Carter Child & Caraway, P.A., 601 Adeline Street, Hattiesburg, Mississippi 39401, and enters his appearance as counsel of record for Great Southern Bank ("GSB"). GSB hereby requests that its attorney be provided with copies of all notices given and papers served in this proceeding including motions, applications, petitions, complaints, other pleadings, orders, judgments, reports, notices, and any other documents filed or served in this proceeding.

RESPECTFULLY SUBMITTED, this the 31st day of August 2026.

**GREAT SOUTHERN BANK**

BY: *s/Joe D. Stevens*
JOE D. STEVENS (MSB #9039)

OF COUNSEL:
Joe D. Stevens (MSB# 9039)
WISE CARTER CHILD and CARAWAY, PA
601 Adeline Street (39401)
P.O. Box 990
Hattiesburg, Mississippi 39403-0990
(601) 582-5551
jds@wisecarter.com

**CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that on this day the foregoing was filed using the CM/ECF System which sent notice of the filing to all persons requesting notice.

THIS, the 31st day of August 2026.

*s/Joe D. Stevens*
Joe D. Stevens