# PROCEEDING MEMO - CHAPTER 13 341A MEETING OF CREDITORS

DATE OF MEETING: 09/23/2026 TIME OF MEETING: 10:30 AM

IN RE: MARQUIOS KEON POOLE CASE NO: 26-02217-JAW

1. NAME OF ATTORNEY FOR DEBTOR(S): THOMAS CARL ROLLINS, JR.

2. APPEARANCES:

(✓) DEBTOR(S)
(✓) ATTORNEY FOR DEBTOR(S)
(✓) CREDITORS: Joe Stevens w/ Great Southern Bank

3. MEETING ADJOURNED: YES ✓ NO ______

IF NO: ______

CASE TO BE DISMISSED
REASON: ______
i.e., failure to appear or by debtor's motion)

OR

CASE CONTINUED TO:
______ (Date) AT ______ (Time)

REASON: ______

NOTES OF PRESIDING OFFICER: ______

TRACK# 15, FILE# ______

/s/ Torri Parker Martin
PRESIDING OFFICER