United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 26-02217-JAW
Marquios Keon Poole Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3 User: admin Page 1 of 2
Date Rcvd: Nov 13, 2026 Form ID: n032 Total Noticed: 18

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Marquios Keon Poole, 115 County Road 5046, Newton, MS 39345-4099 |
| 5710264 | + | Great Southern Bank, 218 22nd Ave South, Meridian, MS 39301-5946 |
| 5717510 | + | Joe Stevens, Esq., Wise Carter Child & Caraway, P.A., Atty for Great Southern Bank, 601 Adeline St., Hattiesburg, MS 39401-3843 |
| 5710267 | + | Money Matters, 200 Scanlan St, Newton, MS 39345-2350 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: RICHARDSONJ@gsnb.com | Nov 13 2026 19:14:00 | Great Southern Bank, 1300 Hardy Street, Hattiesburg, MS 39401-4924 |
| 5723041 | ^ | MEBN | Nov 13 2026 19:10:43 | Align Balance, P.O. Box 649510, Dallas, TX 75264-9510 |
| 5710263 | + | Email/Text: omx-bnc-bk-notices@chime.com | Nov 13 2026 19:14:00 | Chimefinal, Attn: Bankruptcy, Po Box 417, San Francisco, CA 94104-0417 |
| 5727421 | + | Email/Text: bankruptcycourt@towerloan.com | Nov 13 2026 19:14:00 | First Tower Loan, LLC, P.O. Box 320001, Flowood, MS 39232-0001 |
| 5740478 | + | Email/Text: RICHARDSONJ@gsnb.com | Nov 13 2026 19:14:00 | Great Southern Bank, Attn David Burt, PO Box 338, Decatur, MS 39327-0338 |
| 5710265 | + | Email/Text: Bankruptcy@ICSystem.com | Nov 13 2026 19:14:00 | I C System, Attn: Bankruptcy, P.O. Box 64378, St. Paul, MN 55164-0378 |
| 5710268 | | Email/Text: BANKRUPTCY@DOR.MS.GOV | Nov 13 2026 19:14:00 | MS Dept of Revenue, Bankruptcy Section, PO Box 22808, Jackson, MS 39225-2808 |
| 5731845 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 13 2026 19:14:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5710266 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 13 2026 19:14:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 5732087 | | Email/Text: BANKRUPTCY@DOR.MS.GOV | Nov 13 2026 19:14:00 | Mississippi Department of Revenue, P.O. Box 22808, Jackson, MS 39225-2808 |
| 5710269 | | Email/Text: bankruptcy@republicfinance.com | Nov 13 2026 19:14:00 | Republic Finance, 907 W Beacon St, Philadelphia, MS 39350 |
| 5729041 | | Email/Text: bankruptcy@republicfinance.com | Nov 13 2026 19:14:00 | Republic Finance, LLC, 282 Tower Rd, Ponchatoula, LA 70454 |
| 5710270 | | Email/Text: bankruptcycourt@towerloan.com | Nov 13 2026 19:14:00 | Tower Loan, P.O. Box 320001, Flowood, MS 39232 |
| 5710271 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Nov 13 2026 19:14:00 | Verizon Wireless, P.O.Box 408, Newark, NJ 07101-0408 |

TOTAL: 14

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Money Matters |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Joe Stevens | on behalf of Creditor Great Southern Bank jds@wisecarter.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Marquios Keon Poole trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com;perry@the |
| Torri Parker Martin | tpm@tpmartinch13.com trusteeMSSB2H@ecf.epiqsystems.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 4

Form n032−adntcnpl (04/27/2026)

# UNITED STATES BANKRUPTCY COURT
Southern District of Mississippi

**Case No.:** 26−02217−JAW
**Chapter:** 13

**In re:**

Marquios Keon Poole
aka Marquios K Poole
115 County Road 5046
Newton, MS 39345

## Notice of Entry of Order Confirming Plan

The Court entered an Order on 11/13/26 confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: November 13, 2026

Danny L. Miller, Clerk of Court